| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DOMINGO VALDIVIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-0239 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE TO CHANGE OF PLEA HEARING;  ORDER** |
| v. | ) | |
| DOMINGO VALDIVIA, | ) | DATE: September 23, 2013 |
| | ) | TIME:    8:30 A.M. |
| Defendant. | ) | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Domingo Valdivia, that the status conference set for August 12, 2013 at 8:30 a.m. before Judge Oberto, **may be rescheduled to a change of plea hearing on September 23, 2013 at 8:30 a.m.** before Judge O'Neill.

The parties are in agreement that the case will be resolved by plea. However, certain narcotic exhibits were retested by the defense with a result that may affect the final agreement.  We are in the process of negotiating these changes and trying to finalize the plea agreement.  Ms. Sanchez is presently out of the office until August 19, 2013.  The requested continuance will conserve time and resources for both counsel and the court.

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i), (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 8, 2013    By:    /s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 8, 2013    By:    /s/ *Victor M. Chavez*
VICTOR M. SANCHEZ
Assistant Federal Defender
Attorney for Defendant
DOMINGO VALDIVIA

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated:   August 8, 2013**        /s/  **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE